# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., | Case No.: 1:24-cv-001569 JLT SKO |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| FRESNO COUNTY JAIL, et al., | (Docs. 21 & 22) |
| Defendants. | |

Plaintiff seeks to hold defendants liable for violations of his civil rights. Following screening, and Plaintiff's election to proceed on the claims found cognizable by the Court, the assigned magistrate judge recommended this action proceed only on Plaintiff's First Amendment retaliation claim against Defendant Lopez; Eighth Amendment deliberate indifference to serious medical needs claims against Defendants Arce, Bergovskaya, Gill, and Lopez; Eighth Amendment excessive force claim against Defendant Sanchez; Eighth Amendment sexual assault claim against Defendant Campos; and Eighth Amendment failure to protect claim against Defendant Blackmon, in their individual capacities only; the remaining claims and defendants to be dismissed. (Doc. 22.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within fourteen days and advised that the "failure to file objections within the specified time may result in the waiver of certain rights on appeal." (*Id.* at 3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff filed objections.

(Doc. 23.)

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. The Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Thus, the Court ORDERS:

1. The Findings and Recommendations issued December 4, 2025 (Doc. 22) are **ADOPTED** in full.

2. This action **PROCEEDS** only on Plaintiff's First Amendment retaliation claim against Defendant Lopez; Eighth Amendment deliberate indifference to serious medical needs claims against Defendants Arce, Bergovskaya, Gill, and Lopez; Eighth Amendment excessive force claim against Defendant Sanchez; Eighth Amendment sexual assault claim against Defendant Campos; and Eighth Amendment failure to protect claim against Defendant Blackmon; in each instance in their individual capacities only.

3. Any remaining claims in Plaintiff's complaint are **DISMISSED**.

4. Defendants Fresno County Jail, John Zanoni, Moorer, D. Cliffton, Styles, Mora, P. Garcia, and B. Navarro are **DISMISSED** from the action.

5. The Clerk of Court is directed to update the docket and terminate the Fresno County Jail and Zanoni, Moorer, Cliffton, Styles, Mora, Garcia, and Navarro as defendants.

IT IS SO ORDERED.

Dated:   **January 12, 2026**

UNITED STATES DISTRICT JUDGE

2