UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE HENDERSON, SR.,

Plaintiff,

v.

FRESNO COUNTY JAIL, et al.,

Defendants.

Case No.: 1:24-cv-001569-JLT-EGC (PC)

**ORDER REQUIRING DEFENDANTS ARCE, BERESOUSKAYA, AND GILL TO SHOW CAUSE WITHIN 30 DAYS WHY DEFAULT SHOULD NOT BE ENTERED**

**ORDER DIRECTING CLERK OF THE COURT TO SERVE COURTESY COPY**

30-Day Deadline

Plaintiff Curtis Lee Henderson, Sr., is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

On February 11, 2026, the Court directed the United States Marshal to initiate service of process on Defendants Arce, Beresouskaya, Blackmon, Campos, Gill, Lopez, and Sanchez. (Doc. 27.)

Defendants Blackmon, Campos, and Sanchez answered the complaint on April 20, 2026 (Doc. 28) and filed the related waivers of service on April 21, 2026 (Docs. 29-31).

Relevant here, on April 29, 2026, USM-285 forms were filed with the Court indicating that Defendants R. Arce, Doctor Beresouskaya, and Kanwar Gill were personally served at the Fresno County Jail, 1225 M Street, in Fresno, California, on April 28, 2026. (Doc. 32 at 1, 2, 5.) The deadline for the filing of Defendants Arce, Beresouskaya, and Gill's answer to the complaint

was therefore May 19, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i). These Defendants have not filed an answer or other responsive pleading and the deadline to do so has passed.

Accordingly, the Court **HEREBY ORDERS** that:

1. Within **thirty (30) days** from the date of service of this order, Defendants Arce, Beresouskaya, and Gill shall show cause why default should not be entered against them;
2. To facilitate compliance with this order, Defendants Arce, Beresouskaya, and Gill's obligation to respond to the complaint is extended **thirty (30) days** from the date of service of this order; and
3. The Clerk's Office shall serve a courtesy copy of this order on Arce, Beresouskaya, and Gill at the address listed in the April 29, 2026 form (Doc. 32).

IT IS SO ORDERED.

Dated: **July 13, 2026**

Erin Sung Castillo

UNITED STATES MAGISTRATE JUDGE