UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE HENDERSON, SR.,

Plaintiff,

v.

FRESNO COUNTY JAIL, et al.,

Defendants.

Case No.: 1:24-cv-001569-JLT-EGC (PC)

**AMENDED ORDER REQUIRING DEFENDANTS ARCE, BERESOUSKAYA, AND GILL TO SHOW CAUSE WITHIN 30 DAYS WHY DEFAULT SHOULD NOT BE ENTERED**

**ORDER DIRECTING CLERK OF THE COURT TO SERVE COURTESY COPIES**

30-Day Deadline

Plaintiff Curtis Lee Henderson, Sr., is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

## I. RELEVANT BACKGROUND

On February 11, 2026, the Court directed the United States Marshal (USM) to initiate service of process on Defendants Arce, Beresouskaya, Blackmon, Campos, Gill, Lopez, and Sanchez. (Doc. 27.)

Defendants Blackmon, Campos, and Sanchez answered the complaint on April 20, 2026 (Doc. 28) and filed the related waivers of service on April 21, 2026 (Docs. 29-31).

Relevant here, on April 29, 2026, USM-285 forms were filed with the Court indicating that

Defendants R. Arce, Doctor Beresouskaya,[1] and Kanwar Gill were personally served at the Fresno County Jail, 1225 M Street, in Fresno, California, on April 28, 2026. (Doc. 32 at 1, 2, 5.) The deadline for the filing of Defendants Arce, Beresouskaya, and Gill's answer to the complaint was therefore May 19, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i). These Defendants have not filed an answer or other responsive pleading and the deadline to do so has passed.

On July 13, 2026, the Court issued its Order Requiring Defendants Arce, Beresouskaya, and Gill to Show Cause Within 30 Days Why Default Should Not Be Entered. (Doc. 36 [OSC].) The Clerk of the Court was directed to serve a courtesy copy of the order on Arce, Beresouskaya, and Gill "at the address listed in the April 29, 2026 form (Doc. 32)." (*Id*. at 2.)

On July 22, 2026, following service of the courtesy copy, the United States Postal Service (USPS) returned the courtesy copy marked "Undeliverable," "[Return to Sender]," "needs JID# & booking ID #, EMP/ID A819." (Docket Entry dated 7/22/2026.)

## II. DISCUSSION

The OSC directed to the non-responding parties has been returned to the Court by USPS marked "Undeliverable." Thus, it is apparent that additional identifying information must appear on the envelope in an attempt to ensure the mail is accepted at the Fresno County Jail and delivered to each employee or contractor. Moreover, the Court notes that it is unlikely that Plaintiff possesses an "EMP/ID" number for these individuals and the Court's records do not include such information. Therefore, in this amended OSC, the Court will direct the Clerk of the Court to serve separate courtesy copies to Defendants Arce, Beresouskaya, and Gill with additional identifiers.

## III. CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** that:

1. Within **thirty (30) days** from the date of service of this order, Defendants Arce, Beresouskaya, and Gill shall show cause why default should not be entered against them;
2. To facilitate compliance with this order, Defendants Arce, Beresouskaya, and Gill's

[1] In his complaint, Plaintiff spelled the physician's surname "Beresouskaya" and "Bergovskaya." (*See* Doc. 19 at 5.) On the USM-285 form submitted prior to service of process by the USM, Plaintiff spelled the physician's surname "Bergovskaya;" however following Plaintiff's handwritten entry in blue ink, the following was added, in black ink and different handwriting: "/Beresouskaya" (*see* Doc. 32 at 2).

obligation to respond to the complaint is extended **thirty (30) days** from the date of service of this order; and

3. The Clerk's Office shall serve separate courtesy copies of this order specifically addressed as follows:

   a. On R. Arce, a nurse employed at Fresno County Jail, as "R. Arce, R.N., Employee/Contractor, c/o Fresno County Jail Medical Services, 1225 M Street, Fresno, CA 93712;"

   b. On Dr. Beresouskaya or Bergovskaya, a physician employed at Fresno County Jail, as "Dr. Beresouskaya/Bergovskaya, M.D., Employee/Contractor, c/o Fresno County Jail Medical Services, 1225 M Street, Fresno, CA 93712;"[2] and

   c. On Kanwar Gill, a physician employed at Fresno County Jail, as "Dr. Kanwar Gill, M.D., Employee/Contractor, c/o Fresno County Jail Medical Services, 1225 M Street, Fresno, CA 93712."

IT IS SO ORDERED.

Dated: **July 24, 2026**

Erin Sung Castillo
UNITED STATES MAGISTRATE JUDGE

[2] The Court observes an "Olga Beregovskaya, MD" appears on the American Medical Association's website as being "a physician specializing in Internal Medicine in Corcoran, CA, Los Angeles, CA and Wasco, CA." *See* https://find-doctor.ama-assn.org/doctor/olga-beregovskaya-md/14469919, as of July 24, 2026.